IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THEODORE L. CHAIRES,

    Petitioner,

vs.                                      CASE NO. 4:11-cv-387-SPM/CAS

LEON COUNTY JAIL,

    Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 9).  Petitioner has been afforded an opportunity to file objections.  No objections were filed.  Upon consideration, I have determined that the Report and Recommendation is correct and should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 9) is **adopted** and incorporated by reference into this order.

2.     This case is **summarily dismissed without prejudice** to the extent that Petitioner is challenging his recent sentence because he has not exhausted state court remedies.  The petition is

       otherwise **denied** because it challenges an expired sentence and seeks relief unavailable in this court.

3. A Certificate of Appealability is **denied**.

DONE AND ORDERED this 20th day of June, 2012.

                             *S/ Stephan P. Mickle*
                             Stephan P. Mickle
                             Senior United States District Judge